NUMBER
13-10-00276-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

FIDENCIO FLORES, JR.,
                                                      APPELLANT,

 

                                                             v.

 

MELDEN AND HUNT,                                                                 APPELLEE.


____________________________________________________________

 

                           On
Appeal from the 92nd District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Fidencio Flores, Jr., perfected an appeal from a judgment entered by the 92nd
District Court of Hidalgo County, Texas, in cause number C-596-09-A.  On
February 14, 2011, the appeal was abated to allow the parties an opportunity to
enter into a settlement agreement.  This appeal is hereby REINSTATED.  

Appellant
has filed an unopposed motion to dismiss the appeal on grounds that he believes
the parties have reached an agreement to settle and compromise their differences. 
Appellant requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

24th day of March, 2011.